UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DINORAH PLACER**,<br><br>Plaintiff,<br><br>vs.<br><br>**LAW OFFICES OF ROBERT B. SERIAN & ASSOCIATES**,<br><br>Defendant. | Case No.: CV09 2451 JL<br><br>~~(PROPOSED)~~ **ORDER**<br><br>**Date:** September 9, 2009<br>**Time:** 10:30 A.M.<br>**Courtroom:** F, 15th Floor<br>**Honorable Judge James Larson** |

IT IS HEREBY ORDERED that the party's motion to continue the case management conference to October 14, 2009, has been granted.

Dated this 8th day of September, 2009.

_____
The Honorable James Larson

Order